NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JONATHAN MONSANTO-BERRIO,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D18-436
    )
STATE OF FLORIDA,    )
    )
    Appellee.    )
_____)

Opinion filed October 10, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Rachael E. Reese of O'Brien Hatfield, P.A.,
Tampa, for Appellant.


PER CURIAM.


Affirmed.


VILLANTI, BLACK, and SALARIO, JJ., Concur.